# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RACHEAL JUVERA, | ) |
| Petitioner, | ) No. CV 08-4771 AJW |
| vs. | ) |
| | ) JUDGMENT |
| TERESER A. BANKS (Warden), | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: <u>December 3, 2008</u>

Andrew J. Wistrich
United States District Judge